891 A.2d 615

IN THE MATTER OF EUGENE M. LAVERGNE, AN ATTORNEY AT LAW (ATTORNEY NO. 009331990).

February 22, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–242, concluding that **EUGENE M. LAVERGNE** of **ASBURY PARK**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.15(d), *Rule* 1:21–6(a)(2) (failure to deposit into a business account all funds received for professional services), and *RPC* 1.16(d) (failure to return file to client upon termination of representation), and good cause appearing;

It is ORDERED that **EUGENE M. LAVERGNE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.